**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DE'WANN W. WHITE,<br><br>        Plaintiff,<br><br>  v.<br><br>J. SOTO, et al.,<br><br>        Defendants. | Case No. CV 15-03227 FMO (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On September 14, 2015, the Court dismissed plaintiff's First Amended Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action he may file a Second Amended Complaint remedying the pleading deficiencies discussed in the Order by October 20, 2015. (ECF No. 19.) After reviewing the docket, the Court mailed another copy of the Order on November 12, 2015 and extended the deadline for filing a Second Amended Complaint to no later than December 12, 2015. (ECF No. 20.) Plaintiff was admonished that if he failed to timely file a Second Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to prosecute. The

docket shows that, as late as the date of this Order, plaintiff has not filed a Second Amended Complaint.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a Second Amended Complaint within 20 days shall discharge the Order to Show Cause.

Further, plaintiff is admonished that if he fails to timely file a Second Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

DATED: 12/29/2015

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE