# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'WANN W. WHITE,<br><br>            Plaintiff,<br><br>    v.<br><br>J. SOTO, et al.,<br><br>            Defendants. | Case No. CV 15-03227 FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: March 7, 2016

```
                              _____/s/_____
                              FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE
```